CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAY 09 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| MICHELLE ANN SHIPWAY, | ) | |
| Plaintiff, | ) | Civil Action No. 5:11cv00112 |
| v. | ) | |
| CHLOE JERLINSKI, et al., | ) | By: Michael F. Urbanski |
| | ) | United States District Judge |
| Defendants. | ) | |

## ORDER

By Order dated February 10, 2012, this matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1), for proposed findings of fact and a recommended disposition. The Magistrate Judge held a hearing on February 23, 2012 and filed a report and recommendation on April 13, 2012, recommending that the motions to dismiss filed by defendants be granted and that this case be dismissed and stricken from the active docket of the court. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that:

1. Harrisonburg/Rockingham Department of Social Services' Motion to Dismiss (Dkt. # 13) is **GRANTED**;

2. Harrisonburg Police Department's Motion to Dismiss (Dkt. # 15) is **GRANTED**;

3. Chloe Jerlinski's Motion to Dismiss (Dkt. # 17) is **GRANTED**;

4. Christy Savanick, Kate Bowman, and Chloe Jerlinski's Motion to Dismiss (Dkt. # 19) is **GRANTED**;

5. Investigator Greg Miller, John Doe, and Sgt. Roger Knott's Motion to Dismiss (Dkt. # 21) is **GRANTED**;

6. Defendants' Motion for Abstention and Stay (Dkt. # 11) is **DENIED as moot**;

7. This matter is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered: May 9, 2012

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge